

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2015

No. 04-15-00192-CV

**IN THE INTEREST OF J.R. AND J.D.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013PA02092
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On April 1, 2015, appellant filed a notice of appeal in this court, seeking to appeal from a trial court order terminating her parental rights. Appellant is advised that a notice of appeal with regard to this same termination order was previously filed on her behalf by appointed counsel and was assigned appellate number 04-14-00608-CV. The matter was briefed by the parties and submitted to the court on the briefs. On February 4, 2015, this court rendered an opinion and judgment affirming the trial court's order of termination. A copy of the opinion and judgment is attached to this order. Thus, this second notice of appeal filed by appellant is duplicative. It is therefore **ORDERED** that appeal number 04-15-00192-CV, the duplicative appeal, will be treated as a closed case for administrative purposes.

We **order** the clerk of this court to serve a copy of this order and its attachments on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court